```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW JERSEY


UNITED STATES OF AMERICA      :    Hon. Katharine S. Hayden

     v.                       :    Crim. No. 11-405

BRIHEEM NERO                  :    ORDER
```

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Fabiana Pierre-Louis, Assistant U.S. Attorney, appearing), and defendant Briheem Nero (Chester Keller, Assistant Federal Public Defender, appearing), for a status conference in the above-captioned matter; and a status conference having been held in this matter on January 18, 2012; and the parties having advised the Court of the present status of defendant's State Court matter; and for good cause shown;

IT IS on this 20th day of January 2012,

ORDERED that the Continuance Order currently in place which expires on March 25, 2012 will remain in effect; and

IT IS FURTHER ORDERED that a status conference will be held in this matter on March 19, 2012 at 11:30 a.m., at which time the parties will report on the status of defendant's State Court matter.

SO ORDERED.

                              /s/ Katharine S. Hayden
                              _____
                              KATHARINE S. HAYDEN
                              United States District Judge