UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. BRIHEEM NERO :       CRIMINAL NO.: **11-CR-405**

## PETITION FOR
## WRIT OF HABEAS CORPUS

(X) Ad Prosequendum                  ( ) Ad Testificandum

1. **BRIHEEM NERO, SBI# 218095C; FBI# 966964CB4 DOB: 3-3-1980:** (hereinafter the "Detainee") is now confined at the:

**PASSAIC COUNTY CORRECTIONAL FACILITY**

2. The Detainee is charged in this District by: ( X ) Indictment ( ) Information ( ) Complaint with a violation of Title 18, United States Code, Section 922(g).

3. The Detainee will be returned to the custody of the detaining facility upon termination of proceedings.

4. The Detainee will be required at the U.S. POST OFFICE & COURTHOUSE, FEDERAL SQUARE, COURTROOM #5, NEWARK, NEW JERSEY, before the Hon. Katharine S. Hayden, U.S.D.J., on **THURSDAY, JULY 12TH** at **9:00 a.m.**, for **STATUS CONFERENCE** in the above-captioned case. A Writ of Habeas Corpus should issue for that purpose.

DATED: July 6, 2012

*Fabiana Pierre-Louis*
Fabiana Pierre-Louis
Assistant U.S. Attorney
Petitioner

# ORDER

Let the Writ Issue.

DATED: 7/6/12

_(signature)_
Hon. Katharine S. Hayden, U.S.D.J.

## WRIT OF HABEAS CORPUS

The United States of America to Warden of the **PASSAIC COUNTY CORRECTIONAL FACILITY**:

WE COMMAND YOU that you have the body of

**BRIHEEM NERO**

now confined at the **PASSAIC COUNTY CORRECTIONAL FACULTY**, brought before the United States District Court, the Hon. Katharine S. Hayden, U.S. District Judge, U.S. POST OFFICE & COURTHOUSE, FEDERAL SQUARE, Courtroom #5, NEWARK, NEW JERSEY on **THURSDAY, JULY 12TH** at **9:00 a.m.**, for **STATUS CONFERENCE** in the above-captioned matter.

Immediately upon completion of the proceedings, the Detainee will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Katharine S. Hayden
United States District Judge
Newark, New Jersey.

DATED: 7/6/12

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _(signature)_
Deputy Clerk